[No. 32912-0-I.   Division One.   December 27, 1994.]

JOSEPH RUGGERI, *Appellant*, v. NATIONAL SECURITIES CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-28165-1, Michael Hayden, J., entered May 10, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, C.J., and Scholfield, J.

[No. 33568-5-I.   Division One.   December 27, 1994.]

PHYLLIS A. SMITH, *Respondent*, v. WASHINGTON INSURANCE GUARANTY ASSOCIATION, *Appellant*, ESTATE OF STEVEN JAMES MILLER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-09744-1, Nancy A. Holman, J., entered September 30, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, A.C.J., and Webster, J. Now published at 77 Wn. App. 250.

[No. 31976-1-I.   Division One.   December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-04962-9, John M. Darrah, J., entered December 11, 1992. *Remanded* by unpublished per curiam opinion.

[No. 32891-3-I.   Division One.   December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAKIR SHABAZZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-07475-5, George T. Mattson, J., entered June 8, 1993. *Dismissed* by unpublished per curiam opinion.